June 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HARVELLA JONES, Appellant

NO. 14-14-00216-CV V.

MARC D. MARKEL, CLAYTON R. HEARN, AMY M. VANHOOSE, DAWN S. HOLIDAY, CLINTON FAVER BROWN, AND ROBERTS MARKEL WEINBERG BUTLER HAILEY, PC AKA ROBERTS MARKEL WEINBERG PC AKA ROBERTS MARKEL PC, Appellees

—————————————————————

This cause, an appeal from the order declaring appellant Harvella Jones a vexatious litigant, in favor of appellees Marc D. Markel, Clayton R. Hearn, Amy M. Vanhoose, Dawn S. Holiday, Clinton Faver Brown, and Roberts Markel Weinberg Butler Hailey, PC aka Roberts Markel Weinberg PC aka Roberts Markel PC, signed March 12, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Harvella Jones to pay all costs incurred in this appeal.

We further order this decision certified below for observance.